GARY M. RESTAINO
United States Attorney
District of Arizona
REESE V. BOSTWICK
Assistant U.S. Attorney
State Bar No. 009934
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: reese.bostwick@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**Oct 25 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CR22-2306 JCH-EJM

| United States of America, | No. 22-08784M (EJM) |
|---|---|
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| vs. | Violation: 8 U.S.C. § 1324(a)(1)(A)(ii) |
| Monica Enos, | 8 U.S.C. § 1324(a)(1)(B)(i) |
| Defendant. | (Transportation of Illegal Aliens for Profit) **Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about September 10, 2022, in the District of Arizona, Monica Enos, knowing and in reckless disregard of the fact that certain aliens, including Eleazar Curiel-Miranda, Juan Amayo-Pacheco and Cesar Sandoval-Amayo, had come to, entered and remained in the United States in violation of law, did transport and move said aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

GARY M. RESTAINO
United States Attorney
District of Arizona

REESE BOSTWICK   Digitally signed by REESE BOSTWICK
Date: 2022.09.21 16:41:57 -07'00'

_____
Date

REESE V. BOSTWICK
Assistant U.S. Attorney